JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE VON LUTZOW, an Individual,<br><br>          Plaintiff,<br><br>   vs.<br><br>Leif L. Rogers, Md, Professional Corporation, a California Professional Corporation; Leif L. Rogers, an individual; Robin Rogers, an individual; and DOES 1 through 10, Inclusive,<br><br>          Defendants. | Case No.: 2:26-cv-05135 FMO (BFMx)<br><br>Assigned to Hon. Fernando M. Olguin, Courtroom 6D, 6th Floor<br><br>**ORDER GRANTING STIPULATION [13] TO REMAND ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**<br><br>Action Filed:     April 8, 2026<br>Removal Date:   May 13, 2026 |

1

ORDER GRANTING STIPULATION TO REMAND ACTION

The Court, having reviewed and considered the Parties' Stipulation to Remand Action to Los Angeles County Superior Court and Stay Action Pending Completion of Private Mediation (the "Stipulation"), and good cause appearing therefor, hereby **ORDERS** as follows:

1. The Court hereby adopts the Stipulation as the Order of the Court.
2. This action is **REMANDED** in its entirety to the Los Angeles County Superior Court, Case No. 26STCV11299.
3. Each party shall bear their own attorneys' fees and costs in connection with the removal and remand.
4. The Clerk of Court is directed to send a certified copy of this Order to the Clerk of the Los Angeles County Superior Court as required by 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

Dated: June 3, 2026

_____/s/_____

Hon. Fernando M. Olguin
United States District Judge

ORDER GRANTING STIPULATION TO REMAND ACTION